Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-299-829**

**Effective Date of Registration:**
April 14, 2022
**Registration Decision Date:**
May 16, 2022

**Title**

Title of Work: Easy Tiger

**Completion/Publication**

Year of Completion: 2019
Date of 1st Publication: September 20, 2019
Nation of 1st Publication: Canada

**Author**

• Author: Laura Graves
Author Created: 2-D artwork
Citizen of: Canada

**Copyright Claimant**

Copyright Claimant: Laura Graves
4463 av Christophe-Colomb, Montreal, QC H2J 3G4, Canada

**Rights and Permissions**

Name: Andrew Moszynski
Email: andrewmoszynski@gmail.com

**Certification**

Name: David Denholm
Date: April 14, 2022
Applicant's Tracking Number: LG2022041510



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-300-101

**Effective Date of Registration:**
April 14, 2022
**Registration Decision Date:**
May 17, 2022

---

**Title**

    **Title of Work:** Silly Cat

**Completion/Publication**

    **Year of Completion:** 2018
    **Date of 1st Publication:** March 10, 2018
    **Nation of 1st Publication:** Canada

**Author**

    •     **Author:** Laura Graves
    **Author Created:** 2-D artwork
    **Citizen of:** Canada

**Copyright Claimant**

    **Copyright Claimant:** Laura Graves
    4463 av Christophe-Colomb, Montreal, QC H2J 3G4, Canada

**Rights and Permissions**

    **Name:** Andrew Moszynski
    **Email:** andrewmoszynski@gmail.com

**Certification**

    **Name:** David Denholm
    **Date:** April 14, 2022
    **Applicant's Tracking Number:** LG2022041507

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-300-072

**Effective Date of Registration:**
April 14, 2022
**Registration Decision Date:**
May 17, 2022

---

## Title

**Title of Work:** Are You Awake Yet?

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 09, 2017
**Nation of 1st Publication:** Canada

## Author

• **Author:** Laura Graves
**Author Created:** 2-D artwork
**Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Laura Graves
4463 av Christophe-Colomb, Montreal, QC H2J 3G4, Canada

## Rights and Permissions

**Name:** Andrew Moszynski
**Email:** andrewmoszynski@gmail.com

## Certification

**Name:** David Denholm
**Date:** April 14, 2022
**Applicant's Tracking Number:** LG2022041503

---

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-300-087

**Effective Date of Registration:**
April 14, 2022
**Registration Decision Date:**
May 17, 2022

---

## Title

**Title of Work:** Sneaky Cat

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 28, 2016
**Nation of 1st Publication:** Canada

## Author

● **Author:** Laura Graves
**Author Created:** 2-D artwork
**Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Laura Graves
4463 av Christophe-Colomb, Montreal, QC H2J 3G4, Canada

## Rights and Permissions

**Name:** Andrew Moszynski
**Email:** andrewmoszynski@gmail.com

## Certification

**Name:** David Denholm
**Date:** April 14, 2022
**Applicant's Tracking Number:** LG2022041501

---

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-300-107

**Effective Date of Registration:**
April 14, 2022
**Registration Decision Date:**
May 17, 2022

---

## Title

**Title of Work:** The Optimist // Rose Tinted Glasses

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 12, 2016
**Nation of 1st Publication:** Canada

## Author

• **Author:** Laura Graves
**Author Created:** 2-D artwork
**Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Laura Graves
4463 av Christophe-Colomb, Montreal, QC H2J 3G4, Canada

## Rights and Permissions

**Name:** Andrew Moszynski
**Email:** andrewmoszynski@gmail.com

## Certification

**Name:** David Denholm
**Date:** April 14, 2022
**Applicant's Tracking Number:** LG2022041505

---



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-299-826

**Effective Date of Registration:**
April 14, 2022
**Registration Decision Date:**
May 16, 2022

---

## Title

**Title of Work:** You Asleep Yet?

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 18, 2015
**Nation of 1ˢᵗ Publication:** Canada

## Author

- **Author:** Laura Graves
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Laura Graves
4463 av Christophe-Colomb, Montreal, QC H2J 3G4, Canada

## Rights and Permissions

**Name:** Andrew Moszynski
**Email:** andrewmoszynski@gmail.com

## Certification

**Name:** David Denholm
**Date:** April 14, 2022
**Applicant's Tracking Number:** LG2022041502

---

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-300-093

**Effective Date of Registration:**
April 14, 2022
**Registration Decision Date:**
May 17, 2022

---

## Title

**Title of Work:** I Believe I Can Fly

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 25, 2015
**Nation of 1st Publication:** Canada

## Author

• **Author:** Laura Graves
**Author Created:** 2-D artwork
**Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Laura Graves
4463 av Christophe-Colomb, Montreal, QC H2J 3G4, Canada

## Rights and Permissions

**Name:** Andrew Moszynski
**Email:** andrewmoszynski@gmail.com

## Certification

**Name:** David Denholm
**Date:** April 14, 2022
**Applicant's Tracking Number:** LG2022041508

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-300-103

**Effective Date of Registration:**
April 14, 2022
**Registration Decision Date:**
May 17, 2022

---

## Title

**Title of Work:** Octopus

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 08, 2015
**Nation of 1st Publication:** Canada

## Author

- **Author:** Laura Graves
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Laura Graves
4463 av Christophe-Colomb, Montreal, QC H2J 3G4, Canada

## Rights and Permissions

**Name:** Andrew Moszynski
**Email:** andrewmoszynski@gmail.com

## Certification

**Name:** David Denholm
**Date:** April 14, 2022
**Applicant's Tracking Number:** LG2022041509

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-300-097

**Effective Date of Registration:**
April 14, 2022
**Registration Decision Date:**
May 17, 2022

---

**Title**

**Title of Work:** Otter with towel

**Completion/Publication**

**Year of Completion:** 2013
**Date of 1st Publication:** April 24, 2013
**Nation of 1st Publication:** Canada

**Author**

• **Author:** Laura Graves
**Author Created:** 2-D artwork
**Citizen of:** Canada

**Copyright Claimant**

**Copyright Claimant:** Laura Graves
4463 av Christophe-Colomb, Montreal, QC H2J 3G4, Canada

---

**Rights and Permissions**

**Name:** Andrew Moszynski
**Email:** andrewmoszynski@gmail.com

**Certification**

**Name:** David Denholm
**Date:** April 14, 2022
**Applicant's Tracking Number:** LG2022041504

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**
## VA 2-300-104
**Effective Date of Registration:**
April 14, 2022
**Registration Decision Date:**
May 17, 2022

---

**Title**

    **Title of Work:**  Zissou The Bear

**Completion/Publication**

    **Year of Completion:**  2012
    **Date of 1st Publication:**  October 03, 2012
    **Nation of 1st Publication:**  Canada

**Author**

    •     **Author:**  Laura Graves
    **Author Created:**  2-D artwork
    **Citizen of:**  Canada

**Copyright Claimant**

    **Copyright Claimant:**  Laura Graves
    4463 av Christophe-Colomb, Montreal, QC H2J 3G4, Canada

**Rights and Permissions**

    **Name:**  Andrew Moszynski
    **Email:**  andrewmoszynski@gmail.com

**Certification**

    **Name:**  David Denholm
    **Date:**  April 14, 2022
    **Applicant's Tracking Number:**  LG2022041506

