IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAURA GRAVES, | |
| Plaintiff, | Case No.: 1:24-cv-04907 |
| v. | Judge Elaine E. Bucklo |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Young B. Kim |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 4 | wanggaomeiguo |
| 141 | yundaexpress |
| 146 | vonestore1688 |
| 28 | Hoce |
| 49 | haomangth |
| 23 | cuitaodengjiu |
| 152 | specialsell4u |
| 145 | yufa_y1 |
| 151 | general_show |
| 131 | Miangastore |
| 71 | Ghroiep |
| 42 | eehe99 |
| 55 | FangXingRiYongBaiHuoDian Office |
| 78 | iSuTun |
| 79 | ZhiKangBaiHuo |
| 102 | Fabeehome |
| 95 | lefond |
| 130 | tssuoun |
| 69 | dishang |

| | |
|---|---|
| 2 | CZWIMVRD |
| 77 | TBRZTR |
| 88 | RongKai |
| 143 | case-to-custom |
| 144 | Case4yourfone |
| 35 | xycyus |
| 3 | AMLOVEY |
| 112 | Sogaplee |

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 2, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

             */s/ Keith A. Vogt*
             Keith A. Vogt