**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LAURA GRAVES,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.:  1:24-cv-04907

Judge Elaine E. Bucklo

Magistrate Judge Young B. Kim

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 4 | wanggaomeiguo |
| 141 | yundaexpress |
| 146 | vonestore1688 |
| 28 | Hoce |
| 49 | haomangth |
| 23 | cuitaodengjiu |
| 152 | specialsell4u |
| 145 | yufa_y1 |
| 151 | general_show |
| 131 | Miangastore |
| 71 | Ghroiep |
| 42 | eehe99 |
| 55 | FangXingRiYongBaiHuoDian Office |
| 78 | iSuTun |
| 79 | ZhiKangBaiHuo |
| 102 | Fabeehome |
| 95 | lefond |
| 130 | tssuoun |
| 69 | dishang |
| 2 | CZWIMVRD |

| | |
|---|---|
| 77 | TBRZTR |
| 88 | RongKai |
| 143 | case-to-custom |
| 144 | Case4yourfone |
| 35 | xycyus |
| 3 | AMLOVEY |
| 112 | Sogaplee ☆ ☆ ☆ ☆ ☆ |
| 50 | Anqiangzhi |

DATED:  August 2, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 2, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt